UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARAS NYKORIAK
and NATALIA NYKORIAK,

    Plaintiff,

v.

HILLARY RODHAM CLINTON,
Secretary, U.S. Department of State,

    Defendants.
_____/

Civil No. 2:09cv13547

HON MARIANNE O. BATTANI
MAG. JUDGE MARK A. RANDON

### STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiffs Taras Nykoriak and Natalia Nykoriak, and defendant Hillary Rodham Clinton, by and through their undersigned attorneys, stipulate to the entry of an order dismissing the above-captioned case with prejudice and with each party bearing his or her own costs and attorney fees.

| | |
|---|---|
| PASTOR & ASSOCIATES, PC | TERRENCE BERG |
| | United States Attorney |
| | |
| *s/Caridad Pastor Cardinale (with consent)* | *s/Derri T. Thomas* |
| CARIDAD PASTOR CARDINALE (P43551) | DERRI T. THOMAS (P53439) |
| Attorneys for Plaintiff | Assistant U.S. Attorney |
| 525 E. Big Beaver, Suite 206 | 211 W. Fort Street, Suite 2001 |
| Troy, MI 48083 | Detroit, MI 48226-3211 |
| (248) 619-0065 | (313) 226-9153 |
| consultin4u@yahoo.com | derri.thomas@usdoj.gov |
| | |
| Dated: November 30, 2009 | Dated: November 30, 2009 |

**IT IS SO ORDERED.**

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

Dated: December 2, 2009